# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: FILED: MARCH 31, 2008 |
|---|---|
| Elaine McLaughlin, Plaintiff, | 08 CV 1830      JH |
| v. | JUDGE BUCKLO |
| Cook County Highway Department, Defendant. | MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Elaine McLaughlin

| | |
|---|---|
| NAME (Type or print) | |
| Brian S. Schwartz | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Brian S. Schwartz | |
| FIRM | |
| Barry A. Gomberg & Associates | |
| STREET ADDRESS | |
| 53 West Jackson Blvd., Suite 1350 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois  60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER (312) 922-0550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |