# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Elaine McLaughlin, Plaintiff,<br>v.<br>Cook County Highway Department, Defendant. | Case Number: FILED: MARCH 31, 2008<br>08 CV 1830    JH<br>JUDGE BUCKLO<br>MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Elaine McLaughlin

| |
|---|
| NAME (Type or print)<br>Barry A. Gomberg |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Barry A. Gomberg |
| FIRM<br>Barry A. Gomberg & Associates |
| STREET ADDRESS<br>53 West Jackson Blvd., Suite 1350 |
| CITY/STATE/ZIP<br>Chicago, Illinois  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>(312) 922-0550 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |