**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division**

Elaine McLaughlin

                                        Plaintiff,

v.                                                                 Case No.: 1:08−cv−01830
                                                                     Honorable Elaine E. Bucklo

Cook County Highway Department, The

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 6, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo: Pursuant to plaintiff's request, status hearing set for 5/9/08 is vacated. Scheduling Conference set for 5/16/2008 at 09:30 AM. Parties to file scheduling order electronically before the conference.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.