IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELAINE McLAUGHLIN, | ) | |
| | ) | 08 C 1830 |
| Plaintiff, | ) | |
| vs. | ) | HONORABLE JUDGE |
| | ) | ELAINE E. BUCKLO |
| COUNTY OF COOK d/b/a | ) | |
| COOK COUNTY HIGHWAY DEPARTMENT, | ) | MAGISTRATE JUDGE |
| | ) | ARLANDER KEYS |
| Defendant. | ) | |

### NOTICE OF FILING

To:   Barry A. Gomberg
      Brian S. Schwartz
      Barry A. Gomberg & Associates
      53 West Jackson Blvd., Suite 1350
      Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on May 8, 2008, I caused the attached Answer, Affirmative Defenses and Jury Demand to Plaintiff's First Amended Complaint on behalf of Defendant County of Cook to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division.

                              **RICHARD A. DEVINE**
                              **State's Attorney of Cook County**

                    By:   s/Michael D. Jacobs_____
                          MICHAEL D. JACOBS
                          Assistant State's Attorney
                          500 Richard J. Daley Center
                          Chicago, Illinois 60602
                          312-603-3401
                          ARDC # 06193268

### CERTIFICATE OF SERVICE

   I, **MICHAEL D. JACOBS,** Assistant State's Attorney, hereby certify that I electronically filed the foregoing Motion to Dismiss with the Clerk of the United States District Court using the CM/ECF system which will send notification of such filing to the above referenced individuals on May 8, 2008 if possible. An additional copy was served via U.S. Mail by dropping a copy in the U.S. Mail with proper postage affixed prior to 5:00 p.m. on May 8, 2008.

                              s/Michael D. Jacobs_____