UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELAINE McLAUGHLIN, | ) | |
| | ) | |
| Plaintiff, | ) | No.  08 C 1830 |
| | ) | |
| v. | ) | Judge Bucklo |
| | ) | Magistrate Judge Keys |
| COUNTY OF COOK, d/b/a COOK COUNTY HIGHWAY DEPARTMENT, | ) ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To:   Donald R. Hallsten, Jr.
      Office of the Cook County States Attorney
      500 Daley Center
      Chicago, IL 60603

**PLEASE TAKE NOTICE** that on Thursday, September 4, 2008 at 9:30 a.m., or as soon thereafter as counsel can be heard, we shall appear before the Honorable Elaine E. Bucklo, in the courtroom usually occupied by her at 219 S. Dearborn Street, Chicago, Illinois, and then and there present the Plaintiff's Motion to Amend Scheduling Order, a copy of which is hereby served upon you.

Respectfully submitted,

ELAINE McLAUGHLIN

s/ Brian S. Schwartz
  One of Her Attorneys

Barry A. Gomberg
Brian S. Schwartz
Barry A. Gomberg & Associates, Ltd.
53 W. Jackson Blvd., Suite 1350
Chicago, Illinois 60604
(312) 922-0550

## **CERTIFICATE OF SERVICE**

To:  Donald R. Hallsten, Jr.
     Office of the Cook County States Attorney
     500 Daley Center
     Chicago, IL 60603


      I, Brian S. Schwartz, certify that I caused a true and correct copy of the attached Plaintiff's Motion to Amend Scheduling Order to be served on the above named counsel of record via CM/ECF filing on August 29, 2008.


<u>s/ Brian S. Schwartz</u>