UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Elaine McLaughlin
                                    Plaintiff,
v.                                                    Case No.: 1:08−cv−01830
                                                      Honorable Elaine E. Bucklo
Cook County Highway Department, The
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

   MINUTE entry before the Honorable Elaine E. Bucklo:Pursuant to plaintiff's request, motion to amend/correct scheduling order [18] is entered and continued for hearing on 9/11/2008 at 09:15 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.